**CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13**

Date: October 05, 2016

Check No. 2148691

Check Amount: $507.94

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-41571-R | 00000 | RICHARD & LOYCE LOREE CEASE | 0 | XXXXX7116 | 507.94 | 0.00 | 507.94 |
| | | Original check written to:<br>RICHARD CEASE<br>P.O. BOX 59<br>SOUTHMAYD, TX 76268 | | XXXXX9879 | | | |
| | | | **TOTALS** | | **$507.94** | **$0.00** | **$507.94** |