CAREY D. EBERT, CHAPTER 13 TRUSTEE, Standing Chapter 13

Date:  October 05, 2016

Check No. 2148692

Check Amount:  $1,563.24

## NOTICE TO DEPOSIT UNCLAIMED FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 11-41571-R | 00000 | RICHARD & LOYCE LOREE CEASE | 0 | XXXXX7116 | 1,563.24 | 0.00 | 1,563.24 |
|  |  | Original check written to: RICHARD CEASE P.O. BOX 59 SOUTHMAYD, TX 76268 |  | XXXXX9879 |  |  |  |
|  |  |  | **TOTALS** |  | **$1,563.24** | **$0.00** | **$1,563.24** |